```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MONTEMARANO, ET AL.,            :
                                      :         25-CV-8626 (VSB) (RWL)
                     Plaintiffs,      :
                                      :               ORDER
       - against -                    :
                                      :
3M COMPANY, ET AL.,                   :
                                      :
                     Defendants.      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been removed from state court by the Defendants. Plaintiff's counsel has not yet appeared. Accordingly, Plaintiff's counsel shall file their appearance by **November 10, 2025**. By **November 3, 2025**, Defendants shall serve a copy of this order on Plaintiff's counsel by email and shall file proof of same.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   October 30, 2025
         New York, New York

1